**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**TAMILLA MAYS**                                                                          **PLAINTIFF**

**V.**                                                            **CIVIL ACTION NO.:** 1:16CV205-SA-RP

**J. C. PENNEY CORPORATION, INC.**                                     **DEFENDANT**

**COMPLAINT
JURY TRIAL DEMANDED**

**COMES NOW,** Plaintiff, Tamilla Mays, and brings this action against her former employer, J. C. Penny Corporation, Inc. Plaintiff is seeking monetary, declaratory relief and injunctive relief. As more specifically set forth below, Plaintiff has been subjected to disability discrimination in the terms and conditions of her employment with Defendant. The actions of the Defendant are in violation of the Americans with Disabilities Act of 1990, as amended.

**THE PARTIES**

1.     Plaintiff, Tamilla Mays, is an adult female resident of Oktibbeha County, Mississippi.

2.     Defendant is a foreign corporation authorized to do business in Mississippi and may be served with process through its registered agent, CT Corporation System, 645 Lakeland East Drive, Suite 101, Flowood, MS 39232.

**JURISDICTION**

3.     This court has federal question and civil rights jurisdiction for actions that arise under the Americans with Disabilities Act of 1990 (ADA).

4.     This Court has personal and subject matter jurisdiction over the Defendant

1

and venue is proper in this Court.

5.  Plaintiff timely filed a Charge of Discrimination with the EEOC on July 7, 2016, a true and correct copy of which is attached as Exhibit "A." On September 13, 2016, the EEOC issued a Dismissal and Notice of Rights, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of her Dismissal and Notice of Rights.

## STATEMENT OF FACTS

6.  Plaintiff began working for Defendant on May 17, 2011 and has served as a merchandise supervisor for the last three years.

7.  Plaintiff has a disability, six bulging discs in her neck, and had a work restriction on file with the company.

8.   On June 20, 2016, Plaintiff was given an unacceptable performance review by the Store Manager, Michelle Ezell, allegedly for not completing her work on time.

9.  Plaintiff addressed the unfair performance rating with Michelle Ezell and brought the disability work restriction to Ms. Ezell's attention.

10.  Plaintiff had requested a reasonable accommodation from Defendant by way of asking for someone to assist her with merchandising sets.

11.  Plaintiff was denied this accommodation by store manager, Michelle Ezell, who told Plaintiff that "her hands were tied" and she could not hire someone to assist Plaintiff.

12.  Plaintiff then appealed her performance review to the District Manager, Lolly Nauity, who told her to contact Stephanie (LNU) in Human Resources.

2

13.     Plaintiff complained to Stephanie in Human Resources about Michelle Ezell's demeaning manner toward her, yelling at her and throwing merchandise at her, and about how the failure to accommodate her disability request led to the unacceptable performance review.

14.     Plaintiff was told by both Stephanie in Human Resources and Lolly Nauity, District Manager, that the unfavorable performance review by Michelle Ezell would stand, thus creating a blemish on Plaintiff's otherwise good work history with Defendant.

15.     After five years of faithful work for Defendant, Plaintiff was denied a reasonable accommodation, thus leading to an unacceptable performance review.

16.     As a result of this continuous stress brought on by Defendant's failure to accommodate her disability, Plaintiff was constructively discharged on August 12, 2016, because Defendant's work environment became so intolerable that no reasonable person would continue to work in such an environment.

## CAUSES OF ACTION

### COUNT I - VIOLATION OF THE ADA
### FAILURE TO MAKE REASONABLE ACCOMODATIONS

17.     Plaintiff re-alleges and incorporates all averments set forth in paragraphs 1 through 16 above as if fully incorporated herein.

18.     The Defendant violated the ADA by arbitrarily refusing to reasonably accommodate the Plaintiff's request for accommodations based on her disability.

19.     The unlawful actions of the Defendant complained of above were intentional, malicious, and taken in reckless disregard of the statutory rights of Plaintiff.

## PRAYER FOR RELIEF

**WHEREFORE PREMISES CONSIDERED,** Plaintiff respectfully prays that upon

hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount

to be determined by the jury:

1. Back wages or reinstatement; or
2. Future wages in lieu of reinstatement;
3. Compensatory damages;
4. Punitive damages;
5. Attorney's fees;
6. Costs and expenses; and
7. Such further relief as is deemed just and proper.

THIS the 14th day of November 2016.

                                        Respectfully submitted,

                                        TAMILLA D. MAYS, PLAINTIFF

          By:    s/Louis H. Watson, Jr.
                 Louis H. Watson, Jr.  (MB# 9053)
                 Nick Norris (MB# 101574)
                 Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
Email: louis@watsonnorris.com
        nick@watsonnorris.com