IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMILLA MAYS                                                                                            PLAINTIFF

V.                                                            CIVIL ACTION NO.: 1:16-CV-00205-SA-RP

J. C. PENNEY CORPORATION, INC.                                              DEFENDANT

ORDER

The Court has been advised that the parties have agreed to arbitrate this matter. Therefore, it is not necessary that the matter remain upon the calendar of the Court.

It is, therefore, ORDERED that the Agreed Motion to Arbitrate this case is GRANTED and that this case is closed pending arbitration. The Court retains complete jurisdiction to vacate this order and to reopen the matter upon cause shown that further litigation is necessary.

This, the 14th day of December 2016.

                                           /S/ Sharion Aycock
                                        UNITED STATES DISTRICT JUDGE